01

02

03

04

05

06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO.   CR19-203 RSM
09          Plaintiff,                     )
                                           )
10          v.                             )   SUPPLEMENTAL
                                           )   ORDER REVOKING RELEASE
11  KARISSA JEAN MASON,                    )   18 U.S.C. §§3148(b) and 3143(A)
                                           )
12          Defendant.                     )
    _____   )
13

14

15          The United States moved for revocation of defendant's release, alleging violation of the

16  conditions of release.   On December 18, 2019, the defendant admitted to alleged violation 1 as

17  to November 5, 2019, violation 3 and violation 4.   The defendant denied the remaining alleged

18  violations.   (Dkt 201.)   The Court revoked defendant's release pending a hearing on

19  December 30.   (Dkt 202.)

20          On December 30, 2019, defendant admitted the remainder of alleged violation 1 and

21  violation 2.   The government withdrew alleged violation 5.   Defendant does not ask for

22  release at this time.

ORDER REVOKING RELEASE
18 U.S.C. §§3148(b) and 3143(A)
PAGE -1

01    Based upon all of the evidence presented at the hearings, the Court further finds that

02  defendant has violated the conditions of pre-trial release as follows:

03        1.        Using methamphetamine on or about November 13 and 20, 2019.

04        2.        Failing to engage in substance abuse treatment since on or about December 3,

05              2019.

06      The Court previously found defendant violated the conditions of release by using

07  methamphetamine on or about November 5, 2019, failing to participate in a substance abuse

08  evaluation since October 28, 2019, and failing to abide by her curfew on November 2, 16, and

09  28, 2019.   (Dkt. 202.)

10      The Court finds that there are no conditions or combination of conditions which will

11  assure that defendant will appear and will not pose a danger to other persons, if released again;

12  and further finds that defendant is unlikely to abide by any condition or combination of

13  conditions set by the Court.

14      It is therefore ORDERED, that defendant's bond is REVOKED, pursuant to 18 U.S.C.

15  §3148(b) and that:

16    1.  Defendant shall be detained pending further consideration by this Court and committed

17        to the custody of the Attorney General for confinement in a correction facility separate,

18        to the extent practicable, from persons awaiting or serving sentences or being held in

19        custody pending appeal;

20    2.  Defendant shall be afforded reasonable opportunity for private consultation with

21        counsel;

22    3.  On order of the United States or on request of an attorney for the Government, the person

ORDER REVOKING RELEASE
18 U.S.C. §§3148(b) and 3143(A)
PAGE -2

| | |
|---|---|
| 01 | in charge of the corrections facility in which defendant is confined shall deliver the |
| 02 | defendant to a United States Marshal for the purpose of an appearance in connection |
| 03 | with a court proceeding; and |
| 04 | 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel |
| 05 | for the defendant, to the United States Marshal, and to the United State Pretrial Services |
| 06 | Officer. |
| 07 | DATED this 30th day of December, 2019. |

Mary Alice Theiler
United States Magistrate Judge