The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KARISSA JEAN MASON,<br><br>Defendant. | NO. CR19-203 RSM<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Exhibit A to Opposition to Motion to Reopen Detention Order;

//

//

//

Order to Seal
*U.S. v. Mason,* CR19-203 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    It is hereby ORDERED that the Government's Exhibit A to Opposition to Motion

2  to Reopen Detention Order shall remain sealed.

3

4

5    DATED this 10th day of June, 2020.

6

7

8

9

10

11   RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17  Presented by:

18

    *S/ C. Andrew Colasurdo*
19  C. ANDREW COLASURDO
20  Assistant United States Attorney

21

22

23

24

25

26

27

28

Order to Seal
*U.S. v. Mason,* CR19-203 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970