UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br>  v. </br></br> KARISSA JEAN MASON, </br></br>  Defendant. | CASE NO.  CR19-203-RSM </br></br> ORDER DENYING DEFENDANT'S SECOND MOTION TO REOPEN DETENTION HEARING |

Defendant Karissa Jean Mason was indicted a charge of Conspiracy to Distribute Controlled Substances on October 17, 2019. (Dkt. 1.)   A First Superceding Indictment was filed on November 27, 2019 (Dkt. 140.) Defendant is represented by Jeffrey L. Kradel.  Following a detention hearing on October 28, 2019, the defendant was ordered released on an appearance bond.  (Dkt. 112, 113.)

On December 17, 2019, defendant's pretrial services officer filed a report alleging defendant violated the conditions of her appearance bond by using methamphetamine on November 5, 13, and 20, failing to engage in substance abuse treatment since on or about December 3, 2019, failing to obtain a substance abuse evaluation on or about October 29, 2019,

ORDER DENYING SECOND MOTION
TO REVIEW DETENTION HEARING
PAGE -1

failing to abide by her curfew on November 2, 16, and 18, 2019, and committing the crime of driving while under the influence on December 16, 2019.  The pretrial services officer also reported a drug detection K-9 alerted to the presence of drugs in defendant's vehicle when she was arrested on December 16, 2019, and charges were pending in Everett District Court. (Dkt. 198, 199, 243(Ex. 1).).   Defendant admitted alleged violations 1-4 and alleged violation 5 was withdrawn. Defendant's bond was revoked and she was remanded to the custody of the Federal Detention Center.   (Dkt. 201, 202, 204, 205.)

On March 27, 2020, defendant filed an Emergency Motion for Review of Detention Order. (Dkt. 241.)   This Court denied the motion, finding defendant to have an extensive criminal history that includes multiple instances of failure to appear.  Her release had been revoked by this Court in December 2019 for failing to abide by the conditions of release. Defendant failed to show she would be compliant on supervision if released or to establish the presence of any special factors justifying her release from custody because of the COVID-19 pandemic.

Defendant now moves to reopen the detention hearing so that she can be released to pursue treatment for Hepatitis C Virus, arguing that she is not eligible to receive treatment for this condition while detained at the FDC. (Dkt. 272.) The government, however, has filed under seal certain medical records showing that defendant does not have Hepatitis C and is not in need of treatment. (Dkt. 275, 276.)

The Court previously found no conditions of release to exist that would reasonably address the risk of nonappearance and the risk of danger to the community.   Defendant fails to present any new and material evidence that would materially bear on the issue of release, or to

show any change in circumstances since the Court last addressed this issue.

Defendant's Second Motion to Reopen Detention Hearing is DENIED.

DATED this 12th day of June, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING SECOND MOTION
TO REVIEW DETENTION HEARING
PAGE -3