UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. CR19-203 RSM |
| | ) |
| vs. | ) ORDER GRANTING MOTION TO |
| | ) PROCEED WITH SENTENCING |
| | ) HEARING BY VIDEO |
| | ) TELECONFERENCING |
| KARISSA JEAN MASON, | ) |
| Defendant. | ) |
| | ) |

Before the court is Defendant Karissa Mason's motion to proceed with her sentencing hearing by teleconferencing.  Plaintiff United States of America ("the Government") does not oppose the motion. Ms. Mason has submitted a waiver of in-person appearance.

The court has reviewed the motion, the record in this matter and the applicable law. Being fully advised and finding oral argument unnecessary, the court GRANTS the motion to proceed with the sentencing hearing via video teleconference.

DATED this 8th of March, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO PROCEED WITH
SENTENCING PLEA HEARING BY
TELECONFERENCING- 1

KRADEL DEFENSE PLLC
1001 4TH Ave., Suite 4050
Seattle, WA  98154
(206) 397-3102