The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>KARISSA MASON,<br><br>    Defendant. | No. CR19-203 RSM<br><br>DEFENDANT'S MEMORANDUM REGARDING VIOLATIONS OF SUPERVISED RELEASE |

  Karissa Mason, by and through her attorney, submits this memorandum regarding violations of supervised release.

  Ms. Mason is admitting Violations 1, 3 and 5. She is denying violations 2 and 4 – which involve knowingly using fentanyl. She is not challenging the accuracy of the urinalysis that shows fentanyl was in her system, but it was unwittingly ingested, most likely as a mixed in component of what she believed was methamphetamine.

  The defense is asking the Court to not impose immediate incarceration, but to set over sentencing on the alleged violations to a new date in 60 days and order that Ms. Mason must enter in-patient treatment no later than April 26, 2024.

  Ms. Mason is willing to go to treatment. But she needs to be on an acceptable dosage level of methadone in order to be accepted into detox – a necessary step before inpatient.

DEFENDANT'S MEMORANDUM RE
VIOLATIONS OF SUPERVISED RELEASE - 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com

Providence Hospital would not take her because her dosage level is too low to be considered "stable." She was provided, by U.S. Probation with a detox facility, Recovery Place on Seattle, that will apparently accept someone on the low level of methadone she is at currently. That facility referred her to a physician for screening that is scheduled to take place on March 29, 2024, at 3 p.m.

The defense request is also made based upon the letter attached to this memorandum as Appendix A. It is a letter given to Ms. Mason by her treatment provider, Therapeutic Health Services. It describes how a breakdown in their computer system led to delays in being able to get Ms. Mason into detox, the step before entering in-patient treatment. The letter states that she had been trying to make that arrangement for some time.

The letter also notes that Ms. Mason has now been connected with mental health treatment, and once again been prescribed Adderall. Adderall is a medications that has been very effective in treating Ms. Mason's Attention Deficit Disorder. She had historically been prescribed Adderall and had renewed that prescription after she was released from prison. U.S. Probation contacted her physician to ask why she was being prescribed a stimulant like Adderall, and she was switched to a different dose and eventually stopped seeing that physician. Getting reconnected with a mental health provider is an important part of addressing Ms. Mason's entire health situation, beyond just her chemical dependency.

## Conclusion

The goal for everyone in this case is for Ms. Mason to be able to stop the use of illegal drugs, while also maintaining her job, her relationship with her daughter, and her health. The most effective way to accomplish that will not be to place her in custody for 60 days now and

DEFENDANT'S MEMORANDUM RE
VIOLATIONS OF SUPERVISED RELEASE - 2

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com

cause such a disruption in her life that she is left without a job, which is her lifeline when it comes to rent, child support, and daily living.

DATED this 27th day of March, 2024.

Respectfully submitted,

s/Jeffrey L. Kradel
WSBA No. 26767
Attorney for Karissa Mason
1455 NW Leary Way, Suite 400
Seattle WA 98107
206/397-3102 voice
206/922-5547 facsimile
jeff@kradeldefense.com

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Andrew Colasurdo

/s Jeffrey Kradel

DEFENDANT'S MEMORANDUM RE
VIOLATIONS OF SUPERVISED RELEASE - 3

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com